UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:19-cr-62-HSM-SKL-04 |
| v. ) | |
| ) | |
| TANNER LAWRENCE ) | |

# **O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One and Count Two of the two-count Superseding Indictment (2) accept Defendant's plea of guilty to the lesser offense of the charge in Count One of the Superseding Indictment, that is of conspiracy to distribute and possess with intent to distribute 50 grams or more of a mixture and substance containing Methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B) and to Count Two; (3) adjudicate Defendant guilty of the lesser offense of the charge in Count One of the Superseding Indictment, that is, of conspiracy to distribute and possess with intent to distribute 50 grams or more of a mixture and substance containing Methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B) and to Count Two; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) Defendant's conditions of release were revoked and find Defendant shall remain in custody until sentencing in this matter [Doc. 83]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 83] pursuant to 28 U.S.C. §

636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Count One and Count Two of the Superseding Indictment is **GRANTED**;

(2) Defendant's plea of guilty to the lesser offense of the charge in Count One of the Superseding Indictment, that is of conspiracy to distribute and possess with intent to distribute 50 grams or more of a mixture and substance containing Methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B) and to Count Two is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the lesser offense of the charge in Count One of the Superseding Indictment, that is, of conspiracy to distribute and possess with intent to distribute 50 grams or more of a mixture and substance containing Methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B) and to Count Two;

(4) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **March 13, 2020 at 2:00 p.m. [EASTERN]** before a District Judge.

**SO ORDERED.**

**ENTER:**

                                        */s/ Harry S. Mattice, Jr.*
                                        HARRY S. MATTICE, JR.
                                        UNITED STATES DISTRICT JUDGE